STATE MUTUAL BUILDING AND LOAN ASSOCIATION OF NEW JERSEY, complainant-respondent,

*v.*

MILLVILLE IMPROVEMENT COMPANY et al., defendants-appellants.

[Argued June 23d, 1909.   Decided November 15th, 1909.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Walker, whose opinion is reported in *74 N. J. Eq. (4 Buch.) 721.*

*Mr. F. Morse Archer,* for the appellants.

*Mr. Solomon S. Iszard,* for the respondent.

PER CURIAM.

The decree appealed from is affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Walker.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, REED, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, GRAY, DILL, CONGDON—14.

*For reversal*—None.